NEDA N. DAL CIELO, Bar No. 161982
ndalcielo@littler.com
NICOLAS T. KELSEY, Bar No. 246060
nkelsey@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA  95113.2303
Telephone:	408.998.4150
Facsimile:	408.288.5686

Attorneys for Defendant
SLING MEDIA, INC.

MELANIE POPPER, Bar No. 236279
THE REVELATION LAW FIRM
A Professional Corporation
1001 Santa Clara Avenue, Apt. A
Alameda, CA 94501
Telephone:	510.665.4195
Facsimile:	510.665.4197

Attorneys for Plaintiff
MANISH SHAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MANISH SHAH, an individual,<br><br>          Plaintiff,<br><br>   v.<br><br>SLING MEDIA, INC., and DOES 1 through 10,<br><br>          Defendants. | Case No. C 11-01934 SBA<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

Case No.  C 11-01934 SBA

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by their respective undersigned counsel of record, that the above-captioned action hereby is dismissed with prejudice and without costs or attorneys' fees to any of the parties as against the other.  There are no claims remaining in the case.

Dated: _____      _____
NEDA N. DAL CIELO
NICOLAS T. KELSEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SLING MEDIA, INC.

Dated: _____      _____
MELANIE POPPER
THE REVELATION LAW FIRM
Attorneys for Plaintiff
MANISH SHAH

### **ORDER**

Pursuant to the foregoing stipulation of the parties it is hereby ordered that Plaintiff Manish Shah's claims against Defendant Sling Media, Inc. in this matter are dismissed with prejudice. There are no claims remaining in the case.  Each party shall bear its own costs and attorneys' fees.

Dated: 10/19/11

*Saundra B Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG

Firmwide:104520277.1 060763.1002

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Case No.  C 11-01934 SBA      1.      STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER