1  NEDA N. DAL CIELO, Bar No. 161982
   ndalcielo@littler.com
2  NICOLAS T. KELSEY, Bar No. 246060
   nkelsey@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 15th Floor
   San Jose, CA  95113.2303
5  Telephone:    408.998.4150
   Facsimile:    408.288.5686
6
   Attorneys for Defendant
7  SLING MEDIA, INC.

8  MELANIE POPPER, Bar No. 236279
   THE REVELATION LAW FIRM
9  A Professional Corporation
   1001 Santa Clara Avenue, Apt. A
10 Alameda, CA 94501
   Telephone:    510.665.4195
11 Facsimile:    510.665.4197

12 Attorneys for Plaintiff
   MANISH SHAH
13

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                       OAKLAND DIVISION

18 | MANISH SHAH, an individual,          | Case No. C 11-01934 SBA
19 |        Plaintiff,                    | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER**
20 |   v.                                 |
21 | SLING MEDIA, INC., and DOES 1 through 10, |
22 |        Defendants.                   |
23

| Case No.  C 11-01934 SBA | STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER |

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by their respective undersigned counsel of record, that the above-captioned action hereby is dismissed with prejudice and without costs or attorneys' fees to any of the parties as against the other. There are no claims remaining in the case.

Dated: _____

NEDA N. DAL CIELO
NICOLAS T. KELSEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SLING MEDIA, INC.

Dated: _____

MELANIE POPPER
THE REVELATION LAW FIRM
Attorneys for Plaintiff
MANISH SHAH

## **ORDER**

Pursuant to the foregoing stipulation of the parties it is hereby ordered that Plaintiff Manish Shah's claims against Defendant Sling Media, Inc. in this matter are dismissed with prejudice. There are no claims remaining in the case. Each party shall bear its own costs and attorneys' fees.

Dated: 10/19/11

*Saundra B. Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG

Firmwide:104520277.1 060763.1002

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Case No.  C 11-01934 SBA         1.         STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER